UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:23-cv-00227

| MARWIN SHAHIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF FILING EXHIBIT 1 |
| | ) | AND EXHIBIT 2 TO COMPLAINT |
| DREAM FINDERS HOMES, LLC, | ) | |
| Defendant. | ) | |

Attached hereto for filing are Plaintiff's Exhibits 1 and 2 to Plaintiff's Complaint, which were inadvertently not included with the filing of Plaintiff's original Complaint. (ECF No. 1.)

Plaintiff submits the attached "2022 VP of Land Bonus Structure" as Exhibit 1 and the "Revised 2022 VP of Land Bonus Structure" as Exhibit 2 to his Complaint.

Plaintiff conferred with counsel for Defendant regarding the filing of Exhibits 1 and 2, and provided Defendant with copies of the exhibits for review prior to filing them with the Court. Defendant consents to the filing of Exhibits 1 and 2.

Dated: June 20, 2023.

                                                Respectfully submitted,

                                                s/ Corey M. Stanton
                                                Philip J. Gibbons, Jr., NCSB #50276
                                                Corey M. Stanton, NCSB #56255
                                                Ethan L. Slabosky, NCSB #59555
                                                **GIBBONS LAW GROUP, PLLC**
                                                14045 Ballantyne Corporate Place, Suite 325
                                                Charlotte, North Carolina 28277
                                                Telephone:   (704) 612-0038
                                                E-Mail:      phil@gibbonslg.com
                                                                   corey@gibbonslg.com

ethan@gibbonslg.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on June 20, 2023, the undersigned electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Corey M. Stanton<br>
Corey M. Stanton, NCSB #56255