

12/16/2021

Dear Marwan Shahin,

We are pleased to offer you the position of VP OF LAND with H&H Homes a division of Dream Finders Homes LLC. You will report directly to Daniel Zalinsky. This is a full time, exempt position with a start date of 01/04/2022 or another date that may be mutually agreeable.

Details of the offer are as follows:

Your starting base salary for this position is $185,000.00 which will be payable every two weeks, less required deductions. You are also eligible for a temporary living expense reimbursement of up to $5,000 upon submission of receipts. This position is eligible for a performance based bonus, paid out quarterly. Please see attached 2022 VP of Land bonus structure.

As an employee, the company provides fifteen (15) days of paid time off (PTO) per year and you are immediately eligible for company paid holidays. As of January 1, 2022 you will be eligible to receive two (2) sick days that will be included in your PTO balance. In addition, you will also receive a floating holiday to be used at your discretion. Accrued, unused PTO will not be paid out if you leave the company for any reason.

In addition to your salary, you will be entitled to inclusion in the company group insurance plans including medical, dental, and vision. You will be eligible for these benefits on the first day of the month following 30 days of employment. You will also be eligible to participate in our 401K retirement plan on the first of the quarter after completing 90 days of continuous employment. You will be provided the details of your benefits package during your onboarding process.

We are excited about the prospect of you joining our company and look forward to you starting. We believe that Dream Finders Homes will offer you the challenge and opportunity for professional growth and development you seek.

Please remember that this offer is contingent upon:

- The successful completion of a background check;
- The successful completion of a drug and alcohol screening test;
- Signing the Employee Agreement via your ADP onboarding
- Providing by your first day of employment satisfactory proof of identity and legal authorization to work in the United States
- Completion of Employment Eligibility Form I-9.

In the event you are eligible for a bonus, you must be employed at the time of any bonus payment.

If you agree with the terms of this offer of employment, please electronically sign this letter in the designated space below.

We look forward to your acceptance of our offer. If you should have any questions regarding this offer, please contact Dan Zalinsky at (980)-267-3423.

Sincerely,

Dan Zalinsky

| **Candidate Response** | |
|---|---|
| **Signature** | |
| Offer Status: | Offer Accepted |
| Signer Name/Initials: | Marwan Shahin |
| Login Id: | mshahin1@msn.com |
| Date Electronically Signed: | December 16, 2021 at 1:51:22 PM EST |
| Electronic Signature captured and verified by ADP | |

# H & H Homes / Dream Finders
## VP OF LAND - CHARLOTTE
## 2022 BONUS STRUCTURE

11/29/2021

| ENTITTLEMENTS | | | | |
|---|---|---|---|---|
| Medlin Forest Plat Recordation | | | $ | 10,000 |
| Sunview TH: Full CD Approval | | | $ | 3,500 |
| Arborwood TH: Full CD Approval | | | $ | 3,500 |
| A - BONUS SUB TOTAL ENTITLEMENTS | | 13% | $ | 17,000 |
| **LAND ACQUISITION** | | | | |
| Begininng pipeline | | 707 | | |
| In planning / approval | | 939 | | |
| | | | | |
| Total potential at start | | 1,646 | | |
| Goal for end of 2022 | | 2,200 | | |
| Starts per plan | | 200 | | |
| | | | | |
| New units necessary (Approved by Land Committee) | | 754 | | |
| Dollars per units added to pipeline | $ | 80 | | |
| B - BONUS SUB TOTAL LAND ACQUISITION | | 45% | $ | 60,320 |
| **LAND DEPARTMENT MANAGEMENT** | | | | |
| Ensure Pipleine report is | | | | |
| accurate and complete | | | $ | 5,000 |
| | | | | |
| Create department team | | | | |
| (Analyst/LD Project Mgr/Land Acq. Mngr) | | | $ | 5,000 |
| | | | | |
| Business plan starts (200 +/-) | | 200 | | |
| Pay for ensure lot takedowns occur | $ | 100 | | |
| | | | $ | 20,000 |
| C - BONUS SUB TOTAL LAND DEPT. MANAGEMENT | | 22% | $ | 30,000 |
| **LAND DEVELOPMENT** | | | | |
| Development lots delivered (133 +/-) | | 133 | | |
| Per delivered lot | $ | 200 | | |
| Incentive for completed lots | | | $ | 26,600 |
| D - BONUS SUB TOTAL LAND DEVELOPMENT | | 20% | $ | 26,600 |
| | | | | |
| TOTAL BONUS POTENTIAL (A+B+C+D) | | 100% | $ | 133,920 |

**NOTE: 2023 Bonus Structure will change to incorporate starts ($125/lot)
and potentially plat recordation ($125/lot) as well as measurable metrics tied to
2023 Business Plan Acheivement**