**H & H Homes / Dream Finders**
**VP OF LAND - CHARLOTTE**
**2022 BONUS STRUCTURE**          11/29/2021          2/6/2023

| ENTITTLEMENTS | | | Potential | | Actual | | |
|---|---|---|---|---|---|---|---|
| Medlin Forest Plat Recordation | | | $ | 10,000 | $ | 10,000 | |
| Sunview TH: Full CD Approval | | | $ | 3,500 | $ | - | |
| Arborwood TH: Full CD Approval | | | $ | 3,500 | $ | 3,500 | |
| A - BONUS SUB TOTAL ENTITLEMENTS | | 13% | $ | 17,000 | $ | 13,500 | **Approved - DZ** |
| **LAND ACQUISITION** | | | | | | | |
| Begininng pipeline | | 707 | | | | | |
| In planning / approval | | 939 | | | | | |
| | | | | | | | |
| Total potential at start | | 1,646 | | | | | |
| Goal for end of 2022 | | 2,200 | | | | | |
| Starts per plan | | 200 | | | | | |
| | | | | | | | |
| New units necessary (Approved by Land Committee) | | 754 | | | 498 | | Moore Farms+Wingate+Cottages at Indian Trails West |
| Dollars per units added to pipeline | $ | 80 | | | | | **Approved - DZ** |
| B - BONUS SUB TOTAL LAND ACQUISITION | | 45% | $ | 60,320 | $ | 39,840 | |
| **LAND DEPARTMENT MANAGEMENT** | | | | | | | |
| Ensure Pipleine report is | | | | | | | |
| accurate and complete | | | $ | 5,000 | $ | 5,000 | |
| | | | | | | | |
| Create department team | | | | | | | |
|   (Analyst/LD Project Mgr/Land Acq. Mngr) | | | $ | 5,000 | $ | 5,000 | |
| | | | | | | | |
| Business plan starts (200 +/-) | | 200 | | | | | |
| Pay for ensure lot takedowns occur | $ | 100 | | | | | |
| | | | $ | 20,000 | $ | 18,500 | Based on 186 starts - Not sure if that is accurate |
| C - BONUS SUB TOTAL LAND DEPT. MANAGEMENT | | 22% | $ | 30,000 | $ | 28,500 | **Revised to 185 - DZ** |
| **LAND DEVELOPMENT** | | | | | | | |
| Development lots delivered (133 +/-) | | 133 | | | | | |
| Per delivered lot | $ | 200 | | | | | |
|   Incentive for completed lots | | | $ | 26,600 | | | |
| D - BONUS SUB TOTAL LAND DEVELOPMENT | | 20% | $ | 26,600 | $ | 13,600 | Used only 68 lots in Medlin |
| | | | | | | | **Approved - DZ** |
| TOTAL BONUS POTENTIAL (A+B+C+D) | | 100% | $ | 133,920 | $ | 95,440 | |

**NOTE: 2023 Bonus Structure will change to incorporate starts ($125/lot)**
**and potentially plat recordation ($125/lot) as well as measurable metrics tied to**
**2023 Business Plan Acheivement**